# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Judge Raymond P. Moore

Criminal Case No. 14-cr-00004-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      BRAULIO SORELLANO-BELTRAN,
      a.k.a. Domingo Alquizar-Beltran,

      Defendant.

_____

## ORDER SETTING TRIAL DATES AND DEADLINES
_____

      This matter has been scheduled for a **three-day** jury trial on the docket of Judge Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado to commence on **March 17, 2014 at 9:00 a.m.** It is

      ORDERED THAT all pretrial motions shall be filed by **January 27, 2014** and responses to these motions shall be filed by **February 3, 2014**. It is further

      ORDERED that a Trial Preparation Conference is set for **March 4, 2014 at 9:00 a.m.** in Courtroom A601. Lead counsel who will try the case shall attend in person.

      The parties shall be prepared to address the following issues at the Trial Preparation Conference:

      1)      jury selection;

      2)      sequestration of witnesses;

3)      timing of presentation of witnesses and evidence;

4)      anticipated evidentiary issues;

5)      any stipulations as to fact or law; and

6)      any other issue affecting the duration or course of the trial.

DATED this 14th day of January, 2014.

                                              BY THE COURT:

                                              _____

                                              RAYMOND P. MOORE
                                              United States District Judge