# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson | Date: July 22, 2014 |
| Court Reporter: Tammy Hoffschildt | Interpreter: Cathy Bahr |
| Probation Officer: Michelle Means | |

**CASE NO.   14-cr-00004-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Robert Brown |
|         Plaintiff, | |
| v. | |
| 1.  BRAULIO SORELLANO-BELTRAN, | Matthew Golla |
|         Defendant. | |

## COURTROOM MINUTES

**SENTENCING HEARING**
**COURT IN SESSION:       10:59 a.m.**
Appearances of counsel.  Defendant is present and in custody.

Defendant entered his plea on March 13, 2014, to Count 1 of the Indictment. The Court formally accepts the Plea Agreement at this hearing.

Discussion held regarding pending motions.

**ORDERED:**  Defendant's Motion for Variant Sentence (Doc. 24, filed 7/8/14) is DENIED as moot.  The motion was amended and re-filed at Docket Entry 25.

Government orally moves that the defendant receive an additional point for acceptance of responsibility.

**ORDERED:**  The Government's oral motion is GRANTED.

Argument given and discussion held regarding Defendant's Motion for a Variant

Sentence (Doc. 25, filed 7/9/14).

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Defendant's counsel, counsel for the government and the Probation Officer address the Court regarding sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:** Defendant's Motion for a Variant Sentence (Doc. 25, filed 7/9/14) is GRANTED.

**ORDERED:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Braulio Sorellano-Beltran, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **24** months.

**ORDERED:** Defendant shall not be placed on supervised release.

**ORDERED:** Defendant shall pay **$100** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**Court in recess:     11:37 a.m.**
Hearing concluded.
Total time:    00:38